THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 3:18-CR-391 |
| | : (JUDGE MARIANI) |
| NIKKO KROHN, | : |
| | : |
| Defendant. | : |

ORDER

AND NOW, THIS **19th** DAY OF JUNE 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's "Motion to Suppress Krohn's Letter to Government Attorney" (Doc. 29) is **DENIED**.

Robert D. Mariani
United States District Judge